# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERTO NORIEGA PEREZ, | Case No. CV 13-8678-SVW (JEM) |
| Petitioner, | **J U D G M E N T** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed in its entirety without prejudice for lack of jurisdiction.

DATED: December 3, 2014

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE